

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2018

No. 04-18-00296-CV

**IN THE INTEREST OF I. J. P.,** a Child,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00001
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court